1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL CHAVEZ CEJA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHRISTOPHER J. LAROSE; et al.,<br><br>　　　　Respondents. | Case No.: 25-cv-2668-BJC-AHG<br><br>**ORDER ON JOINT MOTION TO DISMISS** |

　　Pending before the Court is the parties' Joint Motion to Dismiss. ECF No. 4. Good cause appearing, the Joint Motion is hereby **GRANTED**. The Clerk of the Court is directed to close this case.

　　**IT IS SO ORDERED.**

Dated: October 14, 2025

　　　　　　　　　　　　　　　　　　　　　／s／ Bryan Cheeks
　　　　　　　　　　　　　　　　　　　　Honorable Benjamin J. Cheeks
　　　　　　　　　　　　　　　　　　　　United States District Judge